UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UMG RECORDINGS, INC., et al.,

Plaintiffs,

v.

SUNO, INC., et al.,

Defendants.

Case No. 26-mc-80303-VKD

**ORDER DIRECTING MOVANT TO DELIVER CHAMBERS COPIES OF MOTION TO QUASH**

Re: Dkt. No. 5

The Court's Standing Order for Civil Cases, requires parties to deliver chambers copies of filings, including motion to quash papers filed pursuant to Civil L.R. 7-3, "no later than the close of the next court day following the day that the paper was electronically filed." Chambers copies must be double-sided and 3-hole punched along the left margin of the paper and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words "Magistrate Judge DeMarchi Chambers Copies."

The Court has not yet received chambers copies of the movant's motion to quash filed on October 20, 2026. Dkt. No. 5. By **November 6, 2026, 4:00 p.m.**, the movant shall deliver chambers copies of the filing in accordance with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California