WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 5:26-MC-80303-VKD<br><br>[RELATED TO CASE NO 1:24-CV-11611 PENDING IN THE DISTRICT OF MASSACHUSETTS]<br><br>**DECLARATION OF BETHANY STEVENS IN SUPPORT OF NON-PARTY APPLE INC.'S MOTION TO QUASH DEPOSITION SUBPOENA OR FOR PROTECTIVE ORDER**<br><br>Hearing Date: December 1, 2026<br>Time: 10:00 am<br>Courtroom: 2 |

I, Bethany Stevens, declare and state as follows:

1. I am over eighteen years old, and I am competent to attest to and have personal knowledge of the facts in this declaration. I am a lawyer at Walker Stevens Cannom LLP and counsel for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Reply in Support of its Motion to Quash or, in the alternative, Motion for a Protective Order.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a May 20, 2026 newsletter "What We're Doing to Keep Music Fair," which Apple produced as APL-UMGSUNO_00000003 in the underlying action, *UMG Recordings, Inc., et al. v. Suno, Inc.*, No. 1:24-cv-11611-FDS (D. Mass.).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2026, in Los Angeles, California.

________________________________
Bethany Stevens